No. 320, Misc.   MACON v. INDIANA.   Sup. Ct. Ind. Certiorari denied.   Petitioner *pro se.   Edwin K. Steers,* Attorney General of Indiana, for respondent.

No. 359, Misc.   NORTON ET AL. v. McSHANE ET AL. C. A. 5th Cir.   Certiorari denied.   *Hartwell Davis* for petitioners.   *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.

No. 375, Misc.   POST v. BOLES, WARDEN.   C. A. 4th Cir.   Certiorari denied.   *Thomas B. Miller* and *Jeremy C. McCamic* for petitioner.

No. 420, Misc.   MILLER v. BLALOCK, STATE HOSPITAL SUPERINTENDENT.   Sup. Ct. App. Va.   Certiorari denied. Petitioner *pro se.   Reno S. Harp III, Curtis R. Mann* and *W. Luke Witt,* Assistant Attorneys General of Virginia, for respondent.

No. 444, Misc.   GONZALEZ v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   Petitioner *pro se.   Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *Stanton Stone,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 574, Misc.   HUBER v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.   Petitioner *pro se.   Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.